**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

MAGOMED MUSLIMOV                          DOCKET NO. 6:26-cv-0536
                                                            SECTION P

VERSUS                                          JUDGE JAMES D. CAIN, JR.

ICE                                                  MAGISTRATE JUDGE AYO


**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** and all pending motions be DENIED as MOOT.

THUS DONE AND SIGNED in chambers this 6th day of April, 2026.

JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**